UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 2738 |

(SEE ATTACHED SCHEDULE)

**ORDER REVOKING FINAL CONDITIONAL TRANSFER ORDER**

A final conditional transfer order was filed in this matter on December 26, 2017, lifting the stay in several actions which had purportedly not opposed transfer. That order was issued in error.

IT IS THEREFORE ORDERED that the Panel's final conditional transfer order designated as "CTO-69" filed on December 19, 2017, is REVOKED. A new order will issue in due course.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                                          MDL No. 2738

SCHEDULE A

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| PUERTO RICO | | | |
| PR | 3 | 17−02303 | Flores et al v. Johnson & Johnson et al |
| RHODE ISLAND | | | |
| RI | 1 | 17−00578 | Berube v. Johnson & Johnson et al |
| WASHINGTON WESTERN | | | |
| WAW | 3 | 17−06036 | Whispel v. Johnson & Johnson et al |
| WAW | 3 | 17−06041 | Sadler et al v. Johnson & Johnson et al |